FILED
MAR 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8203 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Armando Ismael NAVARRO-Contreras, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 4, 2008, within the Southern District of California, defendant Armando Ismael NAVARRO-Contreras did knowingly and intentionally import approximately 29.90 kilograms (65.78 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Lonnie Brasby, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH DAY OF MARCH 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Armando Ismael NAVARRO-Contreras

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Lonnie Brasby.

On March 4, 2008, at approximately 0646 hours, Armando Ismael NAVARRO-Contreras entered the United States at the Calexico, CA, East Port of Entry. NAVARRO-Contreras was the sole occupant driver of a 1998 Toyota Avalon.

At primary inspection, NAVARRO-Contreras gave a negative Customs declaration to Customs and Border Protection Primary Officer (CBPO) R. Bejarano. During questioning, NAVARRO-Contreras advised CBPO R. Bejarano that he was going to Wal-Mart to buy a Playstation. NAVARRO-Contreras also advised CBPO R. Bejarano that he was the owner of the vehicle and had bought it in October. After a brief inspection, CBPO R. Bejarano referred NAVARRO-Contreras and the vehicle to secondary for a more intensive inspection of the gas tank.

In the vehicle secondary lot, Canine Enforcement Officer B. Pyburn utilized his Narcotic Detector Dog, who alerted to the gas tank of the vehicle. A subsequent inspection of the vehicle revealed thirty-six (36) packages, which were discovered in specially built non-factory compartments within the gas tank and dashboard of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 36 packages had a combined net weight of approximately 29.90 kilograms (65.78 pounds) of marijuana.

NAVARRO-Contreras was arrested for importation of marijuana into the United States. NAVARRO-Contreras was advised of his rights, per Miranda. NAVARRO-Contreras stated that he understood his rights and was willing to answer questions without the presence of an attorney. NAVARRO-Contreras admitted to smuggling the marijuana concealed in the vehicle in order to pay a $1,000.00 debt.