**FILED**

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___(MB)___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   Criminal No. 08CR0980-DMS
                                   )
                    Plaintiff,     )   **CONSENT TO RULE 11 PLEA IN A**
                                   )   **FELONY CASE BEFORE UNITED**
         v. ARMANDO ISMAEL NAVARRO )   **STATES MAGISTRATE JUDGE**
                       CONTRERAS    )
                                   )
                    Defendant.      )
_____)

I have been advised by my attorney and by the United States
Magistrate Judge of my right to enter my plea in this case before
a United States District Judge.  I hereby declare my intention to
enter a plea of guilty in the above case, and I request and
consent to have my plea taken by a United States Magistrate Judge
pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

I understand that if my plea of guilty is taken by the
United States Magistrate Judge, and the Magistrate Judge
recommends that the plea be accepted, the assigned United States
District Judge will then decide whether to accept or reject any
plea agreement I may have with the United States and will
adjudicate guilt and impose sentence.

I further understand that any objections to the Magistrate

K:\COMMON\CSA\forms\2005\consents.wpd

1  Judge's findings and recommendation must be filed within 14 days
2  of the entry of my guilty plea.

5  Dated: 4/21/08 _____          X _____
6                                              Defendant

9  Dated: 4/21/08 _____          _____
10                                             Attorney for Defendant

12     The United States Attorney consents to have the plea in this
13  case taken by a United States Magistrate Judge pursuant to
14  Criminal Local Rule 11.2.

17  Dated: 4/24/08 _____          _____
18                                             Assistant United States Attorney

K:\COMMON\CSA\forms\2005\consents.wpd