```
 1   KAREN P. HEWITT
     United States Attorney
 2   FRED SHEPPARD
     Assistant United States Attorney
 3   California State Bar No. 250781
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-7176
     Facsimile:  (619) 235-2757
 6   Email: fred.sheppard@usdoj.gov

 7   Attorneys for Plaintiff
     United States of America
 8

 9

10
                          UNITED STATES DISTRICT COURT
11
                        SOUTHERN DISTRICT OF CALIFORNIA
12
13   UNITED STATES OF AMERICA,           )   Case No. 08 CR 0980 DMS
                                         )
14                 Plaintiff,            )
                                         )   NOTICE OF APPEARANCE
15         v.                            )
                                         )
16   ARMANDO  ISMAEL  NAVARRO-           )
     CONTRERAS,                          )
17                                       )
                   Defendant.            )
18
19   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20       I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

21   captioned case.  I certify that I am admitted to practice in this court or authorized to practice under

22   CivLR 83.3.c.3-4.

23       The following government attorneys (who are admitted to practice in this court or authorized

24   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25   counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

26   activity in this case:

27       Name

28       Fred Sheppard
```

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):

5 | <u>Name</u>

6 | None.

7 |

8 | Please call me at the above-listed number if you have any questions about this notice.

9 | DATED: May 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Fred Sheppard*

Fred Sheppard
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>       Plaintiff,              )<br>                                )<br>       v.                      )<br>                                )<br> ARMANDO ISMAEL NAVARRO-CONTRERAS, )<br>                                )<br>       Defendant.              )<br> _____) | Case No. 08 CR 0980 DMS<br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

   I, Fred Sheppard, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated May 4, 2008, and this Certificate of Service, dated May 4, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   SARA PELOQUIN
   *Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on May 4, 2008.


       /s/ *Fred Sheppard*
       Fred Sheppard
       Assistant United States Attorney